UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MI TIERRA MERCADO Y CARNICERIA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07207 NC<br><br>**ORDER TO SHOW CAUSE RE: REMOVAL**<br><br>Re: Dkt. No. 1 |

Defendant Mi Tierra removed this case from Santa Clara County Superior Court. Dkt. No. 1. Under 28 U.S.C. § 1446(a), the removing defendant "shall file" with its removal notice "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." Here, the Notice of Removal refers to the summons and complaint as Exhibit A, but the Court cannot locate the referenced exhibit.

Accordingly, by December 28, 2016, Mi Tierra must file "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" or explain why the case should not be remanded to Superior Court for failure to comply with § 1446(a).

**IT IS SO ORDERED.**

Dated: December 22, 2016　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 16-cv-07207 NC